NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TECHNOLOGY PATENTS LLC,**
*Plaintiff-Appellant,*

v.

**T-MOBILE (UK) LTD., T-MOBILE AUSTRIA GMBH, T-MOBILE CZECH REPUBLIC A.S., T-MOBILE DEUTSCHLAND GMBH, T-MOBILE HUNGARY CO. LTD., T-MOBILE NETHERLANDS B.V., AND T-MOBILE SLOVENSKO A.S.,**
*Defendants-Appellees,*

AND

**ADVANCED INFO SERVICE PLC, ALSO KNOWN AS AIS, BELL MOBILITY INC., CSL NEW WORLD MOBILITY LIMITED, CHINA MOBILE PEOPLES TELEPHONE COMPANY LIMITED, NOW KNOWN AS CHINA MOBILE HONG KONG COMPANY LIMITED, KT FREETEL CO. LTD., NOW KNOWN AS KT CORPORATION, SINGAPORE TELECOM MOBILE PRIVATE LIMITED, SINGAPORE TELECOMMUNICATIONS LIMITED, ALSO KNOWN AS SINGTEL, SINGTEL OPTUS PTY LIMITED, STARHUB MOBILE PTE LTD., AND TELSTRA CORPORATION LIMITED,**
*Defendants-Appellees,*

AND

AMERICA MOVIL, S.A.B. DE C.V., CLARO, S.A., AMX ARGENTINA, S.A., AND RADIOMOVIL DIPSA, S.A. DE C.V., ALSO KNOWN AS TELCEL,
*Defendants-Appellees,*

AND

BELGACOM MOBILE S.A., ALSO KNOWN AS PROXIMUS, MOBILKOM AUSTRIA AG, SFR, ALSO KNOWN AS SOCIETE FRANCAISE DE RADIOTELEPHONE S.A., SMARTONE MOBILE COMMUNICATIONS LIMITED, TANGO S.A., VODAFONE CZECH REPUBLIC A.S., VODAFONE D2 GMBH, ALSO KNOWN AS VODAFONE GERMANY, VODAFONE ESPANA S.A., VODAFONE ESSAR LTD., VODAFONE HUNGARY MOBILE TELECOMMUNICATIONS LTD., VODAFONE IRELAND LTD., VODAFONE LIBERTEL B.V., VODAFONE LIMITED, ALSO KNOWN AS VODAFONE UK, VODAFONE NETWORK PTY. LTD., VODAFONE NEW ZEALAND, VODAFONE OMNITEL N.V., VODAFONE PORTUGAL, COMUNICACOES PESSOAIS, S.A., VODAFONE TELEKOMUNIKASYON A.S., ALSO KNOWN AS VODAFONE TURKEY, AND VODAFONE-PANAFON HELLENIC TELECOMMUNICATIONS COMPANY S.A., ALSO KNOWN AS VODAFONE-PANAFON S.A.,
*Defendants-Appellees,*

AND

TNL PCS S.A., ALSO KNOWN AS OI,
*Defendant-Appellee,*

AND

BASE N.V./S.A., E-PLUS MOBILFUNK GMBH & CO. KG, AND KPN B.V.,
*Defendants-Appellees,*

AND

**BERMUDA DIGITAL COMMUNICATIONS LTD.,**
*Defendant-Appellee,*

AND

**BOUYGUES TELECOM S.A.,**
*Defendant-Appellee,*

AND

**CHUNGHWA TELECOM CO. LTD.,**
**FAR EASTONE TELCOMMUNICATIONS CO. LTD.,**
AND **TAIWAN MOBILE CO., LTD.,**
*Defendants-Appellees,*

AND

**CLICKATELL (PTY) LTD.,**
*Defendant-Appellee,*

AND

**FRANCE TELECOM ESPANA S.A., ALSO-KNOWN AS ORANGE SPAIN, FRANCE TELECOM S.A., MOBISTAR N.V., ORANGE AUSTRIA TELECOMMUNICATION GMBH, FORMERLY KNOWN AS ONE GMBH, ORANGE COMMUNICATIONS S.A., ALSO KNOWN AS ORANGE SWITZERLAND, ORANGE FRANCE S.A., ORANGE PLC, ALSO KNOWN AS ORANGE U.K., ORANGE S.A., ORANGE SLOVENSKO A.S., AND VOX MOBILE S.A.,**
*Defendants-Appellees,*

AND

**H3G S.P.A., ALSO KNOWN AS 3 ITALIA, HUTCHISON 3G AUSTRIA GMBH, HUTCHISON 3G UK LIMITED, AND HUTCHISON TELECOMMUNICATIONS (HONG KONG) LIMITED,**
*Defendants-Appellees,*

AND

# KDDI CORPORATION,
*Defendant-Appellee,*

AND

# PCCW MOBILE HK LIMITED,
*Defendant-Appellee,*

AND

# YAHOO! INC.,
*Defendant-Appellee,*

AND

# KABUSHIKI KAISHA NTT DOCOMO AND SOFTBANK MOBILE CORP.,
*Defendants-Appellees,*

AND

# M3 WIRELESS LTD.,
*Defendant-Appellee,*

AND

# NETCOM AS, NOW KNOWN AS TELIASONERA NORGE AS AND TELIA DANMARK A/S,
*Defendants-Appellees,*

AND

# TMN-TELECOMUNICACOES MOVEIS NACIONAIS, S.A.,
*Defendant-Appellee,*

AND

# O2 (GERMANY) GMBH & CO. OHG, O2 (UK) LIMITED, O2 COMMUNICATIONS (IRELAND) LTD., PEGASO PCS, S.A. DE C.V., TELEFONICA MOVILES ARGENTINA, S.A., TELEFONICA MOVILES ESPANA, S.A.U., TELEFONICA MOVILES MEXICO, S.A. DE C.V., TELEFONICA O2 CZECH

REPUBLIC, A.S., TELEFONICA O2 EUROPE PLC,
ALSO KNOWN AS O2 PLC, TELEFONICA, S.A.,
VIVO PARTICIPACOES, S.A., AND VIVO, S.A.,
*Defendants-Appellees,*

AND

PANNON GSM TELECOMMUNICATIONS LTD.,
SONOFON A/S, SWISSCOM MOBILE A.G., TDC A/S,
TDC SWITZERLAND AG, ALSO KNOWN AS
SUNRISE, TELENOR MOBIL A.S., AND TOTAL
ACCESS COMMUNICATION PLC, ALSO KNOWN
AS DTAC,
*Defendants-Appellees,*

AND

SONAECOM-SERVICOS DE COMUNICACOES, S.A.,
*Defendant-Appellee,*

AND

TELECOM ITALIA S.PA., TELECOM PERSONAL
S.A., TIM CELULAR S.A., AND TIM
PARTICIPACOES S.A., ALSO KNOWN AS TIM
BRAZIL,
*Defendants-Appellees,*

AND

TRUE MOVE COMPANY LIMITED,
*Defendant-Appellee,*

AND

WIND HELLAS TELECOMMUNICATIONS S.A. AND
WIND TELECOMUNICAZIONI SPA,
*Defendants-Appellees,*

AND

AVEA ILETISIM HIZMETLERI A.S.,
*Defendant-Appellee,*

AND

**T-MOBILE USA, INC.,**
*Defendant-Appellee,*

AND

**AT&T MOBILITY LLC,**
*Defendant-Appellee,*

AND

**TELE-MOBILE COMPANY, ALSO KNOWN AS TELUS MOBILITY,**
*Defendant-Appellee,*

AND

**ROGERS WIRELESS PARTNERSHIP,**
*Defendant-Appellee,*

AND

**MICROSOFT CORPORATION,**
*Defendant-Appellee,*

AND

**PALM, INC.,**
*Defendant-Appellee,*

AND

**CELLCO PARTNERSHIP, DOING BUSINESS AS VERIZON WIRELESS,**
*Defendant-Appellee,*

AND

**HELIO, LLC AND SPRINT NEXTEL CORPORATION,**
*Defendants-Appellees,*

AND

**LG ELECTRONICS MOBILECOMM U.S.A., INC.,**
*Defendant-Appellee,*

AND

**MOTOROLA, INC., NOW KNOWN AS MOTOROLA
SOLUTIONS, INC.,**
*Defendant-Appellee,*

AND

**IDEA CELLULAR LIMITED,**

*Defendant-Appellee,*

AND

**DEUTSCHE TELEKOM AG, MOBILEONE LTD.,
ORANGE LIMITED, ORANGE NEDERLAND N.V.,
TURKCELL ILETISIM HIZMETLERI A.S., AND
UPSIDE WIRELESS INC., ALSO KNOWN AS IPIPI,**
*Defendants,*

AND

**MOTOROLA MOBILITY, INC.,**
*Intervenor.*

2011-1581

Appeal from the United States District Court for the District of Maryland in case no. 07-CV-3012, Judge Alexander Williams, Jr.

**TECHNOLOGY PATENTS LLC,**
*Plaintiff-Appellee,*

v.

**T-MOBILE (UK) LTD., T-MOBILE AUSTRIA GMBH,
T-MOBILE CZECH REPUBLIC A.S., T-MOBILE
DEUTSCHLAND GMBH, T-MOBILE HUNGARY CO.
LTD., T-MOBILE NETHERLANDS B.V., AND T-
MOBILE SLOVENSKO A.S.,**
*Defendants,*

AND

ADVANCED INFO SERVICE PLC, ALSO KNOWN AS AIS, BELL MOBILITY INC., CSL NEW WORLD MOBILITY LIMITED, CHINA MOBILE PEOPLES TELEPHONE COMPANY LIMITED, NOW KNOWN AS CHINA MOBILE HONG KONG COMPANY LIMITED, KT FREETEL CO. LTD., NOW KNOWN AS KT CORPORATION, SINGAPORE TELECOM MOBILE PRIVATE LIMITED, SINGAPORE TELECOMMUNICATIONS LIMITED, ALSO KNOWN AS SINGTEL, SINGTEL OPTUS PTY LIMITED, STARHUB MOBILE PTE LTD., AND TELSTRA CORPORATION LIMITED,
*Defendants,*

AND

AMERICA MOVIL, S.A.B. DE C.V., CLARO, S.A., AMX ARGENTINA, S.A., AND RADIOMOVIL DIPSA, S.A. DE C.V., ALSO KNOWN AS TELCEL,
*Defendants,*

AND

BELGACOM MOBILE S.A., ALSO KNOWN AS PROXIMUS, MOBILKOM AUSTRIA AG, SFR, ALSO KNOWN AS SOCIETE FRANCAISE DE RADIOTELEPHONE S.A., SMARTONE MOBILE COMMUNICATIONS LIMITED, TANGO S.A., VODAFONE CZECH REPUBLIC A.S., VODAFONE D2 GMBH, ALSO KNOWN AS VODAFONE GERMANY, VODAFONE ESPANA S.A., VODAFONE ESSAR LTD., VODAFONE HUNGARY MOBILE TELECOMMUNICATIONS LTD., VODAFONE IRELAND LTD., VODAFONE LIBERTEL B.V., VODAFONE LIMITED, ALSO KNOWN AS VODAFONE UK, VODAFONE NETWORK PTY. LTD., VODAFONE NEW ZEALAND, VODAFONE OMNITEL N.V., VODAFONE PORTUGAL,

COMUNICACOES PESSOAIS, S.A., VODAFONE TELEKOMUNIKASYON A.S., ALSO KNOWN AS VODAFONE TURKEY, AND VODAFONE-PANAFON HELLENIC TELECOMMUNICATIONS COMPANY S.A., ALSO KNOWN AS VODAFONE-PANAFON S.A.,
*Defendants,*

AND

TNL PCS S.A., ALSO KNOWN AS OI,
*Defendant,*

AND

BASE N.V./S.A., E-PLUS MOBILFUNK GMBH & CO. KG, AND KPN B.V.,
*Defendants,*

AND

BERMUDA DIGITAL COMMUNICATIONS LTD.,
*Defendant,*

AND

BOUYGUES TELECOM S.A.,
*Defendant,*

AND

CHUNGHWA TELECOM CO. LTD., FAR EASTONE TELCOMMUNICATIONS CO. LTD., AND TAIWAN MOBILE CO., LTD.,
*Defendants,*

AND

CLICKATELL (PTY) LTD.,
*Defendant,*

AND

FRANCE TELECOM ESPANA S.A., ALSO KNOWN AS ORANGE SPAIN, FRANCE TELECOM S.A., MOBISTAR N.V., ORANGE AUSTRIA

**TELECOMMUNICATION GMBH, FORMERLY KNOWN AS ONE GMBH, ORANGE COMMUNICATIONS S.A., ALSO KNOWN AS ORANGE SWITZERLAND, ORANGE FRANCE S.A., ORANGE PLC, ALSO KNOWN AS ORANGE U.K., ORANGE S.A., ORANGE SLOVENSKO A.S.,** AND **VOX MOBILE S.A.,**
*Defendants,*

AND

**H3G S.P.A., ALSO KNOWN AS 3 ITALIA, HUTCHISON 3G AUSTRIA GMBH, HUTCHISON 3G UK LIMITED,** AND **HUTCHISON TELECOMMUNICATIONS (HONG KONG) LIMITED,**
*Defendants,*

AND

**KDDI CORPORATION,**
*Defendant,*

AND

**PCCW MOBILE HK LIMITED,**
*Defendant,*

AND

**YAHOO! INC.,**
*Defendant,*

AND

**KABUSHIKI KAISHA NTT DOCOMO** AND **SOFTBANK MOBILE CORP.,**
*Defendants,*

AND

**M3 WIRELESS LTD.,**
*Defendant,*

AND

**NETCOM AS, NOW KNOWN AS TELIASONERA NORGE AS AND TELIA DANMARK A/S,**
*Defendants,*

AND

**TMN-TELECOMUNICACOES MOVEIS NACIONAIS, S.A.,**
*Defendant,*

AND

**O2 (GERMANY) GMBH & CO. OHG, O2 (UK) LIMITED, O2 COMMUNICATIONS (IRELAND) LTD., PEGASO PCS, S.A. DE C.V., TELEFONICA MOVILES ARGENTINA, S.A., TELEFONICA MOVILES ESPANA, S.A.U., TELEFONICA MOVILES MEXICO, S.A. DE C.V., TELEFONICA O2 CZECH REPUBLIC, A.S., TELEFONICA O2 EUROPE PLC, ALSO KNOWN AS O2 PLC, TELEFONICA, S.A., VIVO PARTICIPACOES, S.A., AND VIVO, S.A.,**
*Defendants,*

AND

**PANNON GSM TELECOMMUNICATIONS LTD., SONOFON A/S, SWISSCOM MOBILE A.G., TDC A/S, TDC SWITZERLAND AG, ALSO KNOWN AS SUNRISE, TELENOR MOBIL A.S., AND TOTAL ACCESS COMMUNICATION PLC, ALSO KNOWN AS DTAC,**
*Defendants,*

AND

**SONAECOM-SERVICOS DE COMUNICACOES, S.A.,**
*Defendant,*

AND

**TELECOM ITALIA S.PA., TELECOM PERSONAL S.A., TIM CELULAR S.A., AND TIM PARTICIPACOES S.A., ALSO KNOWN AS TIM BRAZIL,**
*Defendants,*

AND

**TRUE MOVE COMPANY LIMITED,**
*Defendant,*

AND

**WIND HELLAS TELECOMMUNICATIONS S.A. AND WIND TELECOMUNICAZIONI SPA,**
*Defendants,*

AND

**AVEA ILETISIM HIZMETLERI A.S.,**
*Defendant,*

AND

**T-MOBILE USA, INC.,**
*Defendant-Appellant,*

AND

**AT&T MOBILITY LLC,**
*Defendant-Appellant,*

AND

**TELE-MOBILE COMPANY, ALSO KNOWN AS TELUS MOBILITY,**
*Defendant,*

AND

**ROGERS WIRELESS PARTNERSHIP,**
*Defendant,*

AND

**MICROSOFT CORPORATION,**
*Defendant-Appellant,*

AND

## PALM, INC.,
*Defendant-Appellant,*

AND

## CELLCO PARTNERSHIP, DOING BUSINESS AS VERIZON WIRELESS,
*Defendant-Appellant,*

AND

## HELIO, LLC AND SPRINT NEXTEL CORPORATION,
*Defendants-Appellants,*

AND

## LG ELECTRONICS MOBILECOMM U.S.A., INC.,
*Defendant-Appellant,*

AND

## MOTOROLA, INC., NOW KNOWN AS MOTOROLA SOLUTIONS, INC.,
*Defendant-Appellant,*

AND

## IDEA CELLULAR LIMITED,

*Defendant,*

AND

## DEUTSCHE TELEKOM AG, MOBILEONE LTD., ORANGE LIMITED, ORANGE NEDERLAND N.V., TURKCELL ILETISIM HIZMETLERI A.S., AND UPSIDE WIRELESS INC., ALSO KNOWN AS IPIPI,
*Defendants,*

AND

## MOTOROLA MOBILITY, INC.,
*Intervenor.*

2011-1612, -1613

Appeals from the United States District Court for the District of Maryland in case no. 07-CV-3012, Judge Alexander Williams, Jr.

## ON MOTION

## O R D E R

The Defendants-Cross Appellants move to voluntarily dismiss Cross-Appeal Nos. 2011-1612 and 2011-1613 and to conform the briefing schedule to the dismissal of the cross appeals.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to dismiss cross appeal nos. 2011-1612 and 2011-1613 is granted. 2011-1612 and 2011-1613 are dismissed. The revised official caption for 2011-1581 is reflected above.

(2) Each side shall bear its own costs in 2011-1612 and 2011-1613.

(3) The motion to conform the briefing schedule is granted to the extent that the appellees' principal briefs are due on February 24, 2012 and the appellant's reply brief is due on March 30, 2012.

FOR THE COURT

JAN 2 0 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 2 0 2012

JAN HORBALY
CLERK

cc:  Bryant C. Boren, Jr., Esq.
Doris Johnson Hines, Esq.
Sharon A. Israel, Esq.
Matthew J. Moore, Esq.
Ian N. Feinberg, Esq.
Roderick R. McKelvie, Esq.
Louis M. Solomon, Esq.
Kevin P. Anderson, Esq.
Brian Wm. Higgins, Esq.
Stefani E. Shanberg, Esq.
Stuart J. Sinder, Esq.
James W. Dabney, Esq.
Stephen B. Kinnaird, Esq.
Brian M. Koide, Esq.
William H. Burgess, Esq.
Deanne E. Maynard, Esq.
Michael J. McKeon, Esq.
Robert C. Bertin, Esq.
George F. Pappas, Esq.
Jonathan E. Retsky, Esq.
Stephen S. Madsen, Esq.
Kevin Walsh, Esq.
Russell E. Levine, Esq.
Michael M. Markman, Esq.
Robert C. Nissen, Esq.
Edward Han, Esq.
Brian C. Riopelle, Esq.
Ramsey M. Al-Salam, Esq.
Abbe F. Fletman, Esq.
David L. Leichtman, Esq.
Andrew R. Sommer, Esq.
Joseph A. Rhoa, Esq.
Maximilian A. Grant, Esq.
Jay F. Utley, Esq.
Adam Gahtan, Esq.
Adam R. Alper, Esq.
Scott R. Matthews, Esq.

Steven Jay Young, Esq.
Victor Siber, Esq.

s21

Issued As A Mandate (as to 2011-1612, -1613 only): __JAN_ 2 0 2012